DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CARLOS TORRES,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-3199

[February 5, 2026]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Thomas J. Coleman, Judge; L.T. Case No. 04-006701CF10A.

Carols Torres, Sneads, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, KLINGENSMITH and SHAW, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***